

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>212-267-7342 |
|---|---|---|

| Defendant: | **Alere Toxicology Services, Inc.** |
|---|---|
| Bankruptcy Case: | **Fred's Inc.** |
| Preference Period: | **Jun 11, 2019 - Sep 9, 2019** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2130009IN | 5/23/2019 | $82.32 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2138125IN | 6/6/2019 | $47.40 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2116276 | 5/3/2019 | $947.84 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2119260IN | 5/9/2019 | $48.15 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2122034IN | 5/13/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2123634IN | 5/15/2019 | $48.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2124088IN | 5/16/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2124561IN | 5/16/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2126334IN | 5/20/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2127017IN | 5/20/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2128897IN | 5/22/2019 | $47.40 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2129377IN | 5/23/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2129436IN | 5/23/2019 | $49.23 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2112592IN | 4/30/2019 | $47.70 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2130002IN | 5/23/2019 | $48.60 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2111677IN | 4/29/2019 | $45.00 |

Alere Toxicology Services, Inc. (2265341)
Bankruptcy Case: Fred's Inc.

Sep 7, 2021                                           Exhibit A                                           P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2130177IN | 5/23/2019 | $80.25 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2130194IN | 5/23/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2130216IN | 5/23/2019 | $81.94 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2130513IN | 5/24/2019 | $49.06 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2130767IN | 5/24/2019 | $48.15 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2130808IN | 5/24/2019 | $49.34 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2131358IN | 5/28/2019 | $81.75 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2131789IN | 5/28/2019 | $47.82 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2132452IN | 5/29/2019 | $48.60 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2133598IN | 5/30/2019 | $81.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2133602IN | 5/30/2019 | $48.60 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2135898IN | 6/3/2019 | $48.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468023 | $8,666.00 | 7/8/2019 | 2109751IN | 4/25/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2129796IN | 5/23/2019 | $48.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2106885 | 5/3/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468023 | $8,666.00 | 7/8/2019 | L201759 | 3/31/2019 | $8,621.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 197902 | 5/3/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 197903 | 5/3/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 201758 | 5/3/2019 | $75.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 201759 | 5/3/2019 | $66.50 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2099294 | 5/3/2019 | $75.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2100874 | 5/3/2019 | $3,052.50 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2104974 | 5/3/2019 | $8,621.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2106274 | 5/3/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2106276 | 5/3/2019 | $573.50 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2106836 | 5/3/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2106837 | 5/3/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2116140IN | 5/6/2019 | $48.16 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2106882 | 5/3/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | L205614 | 4/30/2019 | $10,841.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2106888 | 5/3/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2107313 | 5/3/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2107314 | 5/3/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2107532 | 5/3/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2108628 | 5/3/2019 | $48.15 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2109102 | 5/3/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2110159 | 5/3/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2110160 | 5/3/2019 | $45.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2110409 | 5/3/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2110411 | 5/3/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2110949 | 5/3/2019 | $30.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2111045 | 5/3/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2111666IN | 4/29/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2106838 | 5/3/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 469038 | $1,132.13 | 8/28/2019 | 2116144 | 5/6/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | 2136248IN | 6/4/2019 | $49.60 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468948 | $500.91 | 8/21/2019 | 2160797IN | 7/9/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468948 | $500.91 | 8/21/2019 | 2164050IN | 7/14/2019 | $83.07 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468948 | $500.91 | 8/21/2019 | 2164960IN | 7/16/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468948 | $500.91 | 8/21/2019 | 2165621IN | 7/16/2019 | $49.17 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 469038 | $1,132.13 | 8/28/2019 | 2066564 | 2/22/2019 | $48.30 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 469038 | $1,132.13 | 8/28/2019 | 2110265 | 4/25/2019 | $70.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 469038 | $1,132.13 | 8/28/2019 | 2112589 | 4/30/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 469038 | $1,132.13 | 8/28/2019 | 2112590 | 4/30/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 469038 | $1,132.13 | 8/28/2019 | 2112593 | 4/30/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 469038 | $1,132.13 | 8/28/2019 | 2113818 | 5/1/2019 | $48.04 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 469038 | $1,132.13 | 8/28/2019 | 2115709 | 5/3/2019 | $75.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468948 | $500.91 | 8/21/2019 | 2159528IN | 7/8/2019 | $49.28 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 469038 | $1,132.13 | 8/28/2019 | 2116141 | 5/6/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468948 | $500.91 | 8/21/2019 | 2159436IN | 7/8/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 469038 | $1,132.13 | 8/28/2019 | 2116825 | 5/6/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 469038 | $1,132.13 | 8/28/2019 | 2117182 | 5/7/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 469038 | $1,132.13 | 8/28/2019 | 2118591 | 5/8/2019 | $31.50 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 469038 | $1,132.13 | 8/28/2019 | 2118593 | 5/8/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 469038 | $1,132.13 | 8/28/2019 | 2118637 | 5/8/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 469038 | $1,132.13 | 8/28/2019 | 2118654 | 5/8/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 469038 | $1,132.13 | 8/28/2019 | 2118674 | 5/8/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 469038 | $1,132.13 | 8/28/2019 | 2119603 | 5/9/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 469038 | $1,132.13 | 8/28/2019 | 2120920 | 5/10/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 469038 | $1,132.13 | 8/28/2019 | 2120926 | 5/10/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 469038 | $1,132.13 | 8/28/2019 | 2121189 | 5/11/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 469038 | $1,132.13 | 8/28/2019 | 2167484IN | 7/18/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 469038 | $1,132.13 | 8/28/2019 | 2167510IN | 7/18/2019 | $49.29 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 469038 | $1,132.13 | 8/28/2019 | 2115745 | 5/3/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468412 | $9,844.56 | 7/30/2019 | L205613 | 4/30/2019 | $462.50 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468127 | $27,496.06 | 7/15/2019 | L209426 | 5/31/2019 | $721.50 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468412 | $9,844.56 | 7/30/2019 | 2139034IN | 6/7/2019 | $80.06 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468412 | $9,844.56 | 7/30/2019 | 2140618IN | 6/10/2019 | $75.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468412 | $9,844.56 | 7/30/2019 | 2142128IN | 6/11/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468412 | $9,844.56 | 7/30/2019 | 2143037IN | 6/12/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468412 | $9,844.56 | 7/30/2019 | 2143040IN | 6/12/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468412 | $9,844.56 | 7/30/2019 | 2143143IN | 6/12/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468412 | $9,844.56 | 7/30/2019 | 2143797IN | 6/13/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468412 | $9,844.56 | 7/30/2019 | 2144129IN | 6/13/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468412 | $9,844.56 | 7/30/2019 | 2144174IN | 6/13/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468412 | $9,844.56 | 7/30/2019 | 2144189IN | 6/13/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468412 | $9,844.56 | 7/30/2019 | 2144786IN | 6/14/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468948 | $500.91 | 8/21/2019 | 2159535IN | 7/8/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468412 | $9,844.56 | 7/30/2019 | 2147620IN | 6/19/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 469038 | $1,132.13 | 8/28/2019 | 2169066IN | 7/19/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468412 | $9,844.56 | 7/30/2019 | L209427 | 5/31/2019 | $8,732.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468707 | $6,273.39 | 8/12/2019 | 2150244IN | 6/21/2019 | $49.26 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468707 | $6,273.39 | 8/12/2019 | 2150248IN | 6/21/2019 | $32.90 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468707 | $6,273.39 | 8/12/2019 | 2154881IN | 6/28/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468707 | $6,273.39 | 8/12/2019 | 2154885IN | 6/28/2019 | $48.83 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468707 | $6,273.39 | 8/12/2019 | 2154886IN | 6/28/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468707 | $6,273.39 | 8/12/2019 | 2155069IN | 6/28/2019 | $47.70 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468707 | $6,273.39 | 8/12/2019 | 2156412IN | 7/1/2019 | $47.70 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468707 | $6,273.39 | 8/12/2019 | L213123 | 6/30/2019 | $462.50 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468707 | $6,273.39 | 8/12/2019 | L213124 | 6/30/2019 | $5,494.50 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468948 | $500.91 | 8/21/2019 | 2157441IN | 7/2/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468948 | $500.91 | 8/21/2019 | 2158754IN | 7/5/2019 | $49.39 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468948 | $500.91 | 8/21/2019 | 2159272IN | 7/8/2019 | $45.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468412 | $9,844.56 | 7/30/2019 | 2145116IN | 6/14/2019 | $45.00 |

**Totals:** 6 transfer(s), $53,913.05