IN RE: FRED'S INC., , ET AL.
CASE NO. 19-11984 (CTG)   ADV.NO.: 21-51051
ALERE TOXICOLOGY SERVICES, INC.

## PROOF OF SERVICE

## STATE OF MINNESOTA, COUNTY OF DAKOTA

I am a resident of the County aforesaid. I am over the age of 18 years and not a party to the within entitled action. My business employment address is

2600 Eagan Wood Drive, Suite 400, St. Paul, Minnesota 55121

On the date indicated immediately above my signature below, I served the foregoing documents described as:

1) COMPLAINT;
2) SUMMONS;
3) NOTICE OF DISPUTE RESOLUTION ALTERNATIVES; and
4) CERTIFICATE PURSUANT TO DEL.BANKR. L.R. 9019-5(j)(iii).

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at St. Paul, Minnesota, addressed as follows:

Registered Agent for Defendant [via Regular Mail]
CT Corporation System
3867 Plaza Tower Drive,
Baton Rouge, Louisiana 70816

Defendant [via Regular Mail]
Christopher Scoggins, President
Alere Toxicology Services, Inc.
1111 Newton Street
Gretna, Louisiana 70053

☒ By Regular Mail - I caused such envelope with first class postage thereon, fully prepaid to be placed in the United States mail.

☐ Certified Mail (return receipt requested) with first class postage thereon, to be mailed in the United States mail.

I declare that I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of Minnesota that the foregoing is true and correct.

Executed at St. Paul, Minnesota on September 15, 2021.

/s/ Jennifer Hepola

Jennifer Hepola, Declarant
No: 2265341 Stat: - Answ: /*