# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
Fred's, Inc.  
    Debtor

Bankruptcy Case No.: 19–11984–CTG

Bankruptcy Chapter: 11

---

FI Liquidating Trust

    Plaintiff

Adv. Proc. No.: 21–51051–CTG

    vs.

Alere Toxicology Services, Inc.

    Defendant(s)

## JUDGMENT BY DEFAULT

On 2/14/2022, default was entered against defendant(s) Alere Toxicology Services, Inc. The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

Judgment is entered against defendant(s) Alere Toxicology Services, Inc. in the amount of $53,913.05 plus court filing costs in the amount of $350.00.

Date: 2/14/22

*Una O'Boyle*

Una O'Boyle, Clerk of Court

(VAN–433b)