# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 2/14/2022 |
| Case: 21−51051−CTG | Form ID: van433b | Total: 5 |

**Recipients of Notice of Electronic Filing:**
aty     Joseph L. Steinfeld, Jr.         jsteinfeld@askllp.com
aty     Norman Christopher Griffiths     cgriffiths@connollygallagher.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty     Lisa Hatfield     Connolly Gallagher LLC     1201 North Market Street, 20th Floor     Wilmington, DE 19801
ust     U.S. Trustee     Office of the United States Trustee     J. Caleb Boggs Federal Building     844 King Street, Suite 2207     Lockbox 35     Wilmington, DE 19801
ust     U.S. Trustee     Office of United States Trustee     J. Caleb Boggs Federal Building     844 King Street, Suite 2207     Lockbox 35     Wilmington, DE 19899−0035

TOTAL: 3