# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
Fred's, Inc.  
    Debtor  
_____

Bankruptcy Case No.: 19−11984−CTG

Bankruptcy Chapter: 11

FI Liquidating Trust

    Plaintiff

    vs.

Alere Toxicology Services, Inc.

    Defendant(s)

Adv. Proc. No.: 21−51051−CTG

## ENTRY OF DEFAULT

It appears from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law.

> Defendant's Name: Alere Toxicology Services, Inc.

Therefore, default is entered against the defendant(s) as authorized by Federal Rule of Bankruptcy Procedure 7055.

_____  
Una O'Boyle, Clerk of Court

Date: 2/14/22                    By: Madaline Dungey, Deputy Clerk

(VAN−431)

United States Bankruptcy Court
District of Delaware

FI Liquidating Trust,
    Plaintiff

Alere Toxicology Services, Inc.,
    Defendant

Adv. Proc. No. 21-51051-CTG

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 14, 2022 | Form ID: van431 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Ericka Fredricks Johnson, Womble Bond Dickinson (US) LLP, 1313 North Market Street, Suite 1200, Wilmington, DE 19801-6103 |
| aty | + | Lisa Hatfield, Connolly Gallagher LLC, 1201 North Market Street, 20th Floor, Wilmington, DE 19801-1165 |
| dft | + | Alere Toxicology Services, Inc., 1111 Newton Street, Gretna, LA 70053-6339 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Feb 14 2022 20:59:00 | U.S. Trustee, Office of United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Feb 14 2022 20:59:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2022      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2022 at the address(es) listed below:

| District/off: 0311-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 14, 2022 | Form ID: van431 | Total Noticed: 5 |

**Name** | **Email Address**

Joseph L. Steinfeld, Jr.

on behalf of Plaintiff FI Liquidating Trust jsteinfeld@askllp.com
lmiskowiec@askllp.com;gunderdahl@askllp.com;kcasteel@askllp.com;bmcgrath@askllp.com;eneiger@askllp.com;brubis@askllp.com;rreding@askllp.com;akazmina@askllp.com

Norman Christopher Griffiths

on behalf of Plaintiff FI Liquidating Trust cgriffiths@connollygallagher.com

TOTAL: 2